IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULITA RUPISAN; ERNESTO RUPISAN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JP MORGAN CHASE BANK, NA; CALIFORNIA RECONVEYANCE COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY; SHEA MORTGAGE; and DOES 1 through 50, unclusive,<br><br>　　　　Defendants. | 1:12-CV-0237 AWI GSA<br><br>ORDER VACATING HEARING DATES OF APRIL 9, 2012, AND APRIL 23, 2012, AND RELATED ORDERS |

　　This is an action for declaratory and injunctive relief by plaintiffs Julita Rupisan and Ernesto Rupisan ("Plaintiffs") against defendants JP Morgan Chase Bank, California Reconveyance Company, Deutsche Bank National Trust Company and Shea Mortgage ("Defendants").  Currently before the court are two motions to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Both motions were filed on March 9, 2012; the first was filed by Shea Mortgage and the second was filed by JP Morgan Chase Bank, California Reconveyance Company and Deutsche Bank National Trust Company.  The first of the motions to dismiss was scheduled for oral argument to be held on April 9, 2012, the second motion to dismiss was scheduled for argument to be held on April 23, 2012.  As of this writing no opposition or other response has been filed by Plaintiffs regarding either

motion.

While the motion by Shea Mortgage may not be opposed at oral argument because opposition to the motion was not filed timely, Local Rule 78-230(b), the court has examined both motions to dismiss and finds they are both suitable for decision without oral argument. Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing dates of April 9, 2012, and April 23, 2012, are VACATED, and no party shall appear at those times.  As of April 23, 2012, the Court will take the matter under submission, and will thereafter issue its decision.  The court will consider any responsive pleading by Plaintiffs to either or both of the motions to dismiss provided such responsive pleading is filed not later than 4:00 p.m. on Thursday, April 19, 2012.  Neither Defendant party shall reply to any opposition filed by Plaintiffs unless directed to do so by the court.

IT IS SO ORDERED.

Dated:     April 5, 2012

CHIEF UNITED STATES DISTRICT JUDGE